# Michael F. Dubis S.C.
Attorney & Counselor at Law

| **Waterford Office** | **Terry Fischer** | **Tichigan & Wind Lake Office** |
|---|---|---|
| 208 E. Main Street | Office Administrator | 7802 Town Line Road |
| Waterford, WI 53185 | | Waterford, WI 53185 |
| 262-534-6950 or 262-534-5186 | miked3@ols-inc.com | 262-895-6345 |
| FAX 262-534-7367 | www.michaelfdubis.com | |

May 12, 2004

Clerk, US Bankruptcy
126 US Courthouse
517 E Wisconsin Avenue
Milwaukee WI 53202

RE: Abbas & Ellen Fadel          Case # 99-24900 SVK ch7

Dear Sir or Madam:

Enclosed you will find Check #134 for $47,053.19.. This Final Distribution checks were issued as follows:

| Claim # | Claimant/Address | Ck # | Ck Date | Amount of Distribution |
|---|---|---|---|---|
| 3 | Oconomowoc Memorial Hospital<br>791 Summit Avenue<br>Oconomowoc WI 53066 | 128 | 1-30-04 | 64.00 |
| | The check was returned and voided. The account had been paid in full. | | | |
| 10 | Michael & Kelly Gagne<br>C/o Norman Hanson DeTroy<br>Attn: James D Poliquin<br>415 Congress Street<br>P O Box 460<br>Portland ME 04112 | 133 | 1-30-04 | 46,989.19 |
| | The check was not cashed or returned. Payment was stopped. The payees could not agree on how to split the amount. | | | |

Very truly yours,

Michael F. Dubis

MFD/taf
Enc.

UNITED STATES BANKRUPTCY COURT RECEIVED MAIL 2004 MAY 14 AM 8:56 C.L. AUSTIN, CLERK MILWAUKEE, WISCONSIN

