# NORMAN, HANSON & DeTROY, LLC

ATTORNEYS AT LAW
415 CONGRESS STREET
P.O. BOX 4600
PORTLAND, MAINE 04112-4600

| | |
|---|---|
| PETER J. DeTROY | RUSSELL B. PIERCE, JR. |
| STEPHEN HESSERT | ANNE M. CARNEY |
| RODERICK R. ROVZAR | DAVID L. HERZER, JR. |
| THEODORE H. KIRCHNER | THOMAS S. MARJERISON |
| MARK G. LAVOIE | ADRIAN P. KENDALL |
| STEPHEN W. MORIARTY | EMILY A. BLOCH |
| JAMES D. POLIQUIN | ANNE H. JORDAN |
| JOHN H. KING, JR. | AARON K. BALTES |
| PAUL F. DRISCOLL | JOHN R. VEILLEUX |
| WILLIAM O. LaCASSE | LANCE E. WALKER |
| MARK E. DUNLAP | DORIS V. R. CHAMPAGNE |
| ROBERT W. BOWER, JR. | NOAH D. WUESTHOFF |
| JONATHAN W. BROGAN | C. LINDSEY MORRILL |
| CHRISTOPHER C. TAINTOR | JENNIFER A.W. RUSH |
| DAVID P. VERY | DANIEL J. EDWARDS |
| DANIEL L. CUMMINGS | |

OF COUNSEL
DAVID C. NORMAN

AREA CODE 207
774-7000
FAX
775-0806

E-Mail
jpoliquin@nhdlaw.com

Website
www.nhdlaw.com

ROBERT F. HANSON
(1944 – 2004)

February 25, 2005

Christopher L. Austin, Clerk
U. S. Bankruptcy Court
517 E. Wisconsin Avenue – Room 126
Milwaukee, WI 53202-4581

In Re: Abbas A. Fadel and Ellen E. Fadel
Case No. 99-24900 SVK
Claims of Michael and Kelly Gagne

Dear Mr. Austin:

I previously communicated with you regarding certain difficulties concerning the payees on a dividend check in the above bankruptcy. I anticipate receiving executed authorizations from both Michael and Kelly Gagne in the very near future authorizing that the dividend check be reissued made payable to this firm. Once I receive those, I will be filing the appropriate motion along with those consents.

Please give me a call if you have any questions.

Very truly yours,

James D. Poliquin

JDP/csb