UNITED STATES
BANKRUPTCY COURT
FILED - MAIL

2007 MAY -8 AM 9:09

C. L. AUSTIN, CLERK
MILWAUKEE, WISCONSIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE:               )
                 )    **CASE NO.**    **99-24900-SVK**
                 )
**Abbas A. Fadel and Ellen E. Fadel**   )
                 )    **CHAPTER:**    **7**

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS TO CREDITOR

There having been a dividend check in the above case issued to creditors' Michael Gagne and Kelly Gagne in the amount of $46,989.19, forty six thousand, nine hundred eighty nine dollars and eighteen cents, and said check having not been cashed by said creditors', the Trustee of the case pursuant to 11 U.S.C. 347, paid this unclaimed money to the Clerk, U.S. Bankruptcy Court, Eastern District of Wisconsin, on May 12, 2004.

Now comes Michael Gagne as the recognized creditor, respectfully request this court, Pursuant to 11 U.S.C. 347 enter an order directing that the unclaimed funds, totaling approximately $46,017.00, forty six thousand, seventeen dollars, held in the registry account to be paid to the creditor Michael Gagne c/o The Financial Resources Group, Inc. and, in support thereof, states as follows:

### FACTUAL BACKGROUND

1.     (a) On May 13, 1991, the creditor Michael Gagne suffered an industrial accident resulting in the amputation of his right foot.

       (b) A civil case in the District of Maine in re: Case No 92-162-P-H, was brought against equipment manufacturer LO-Stampo, et al. Defendants: Kachina Tanning Company Inc. and <u>Abbas Fadel.</u>

       (c) On January 11, 1994 a judgment was ordered in favor of our client Michael Gagne in the AMOUNT OF $1,208,742.40, (ONE MILLION, TWO HUNDRED EIGHT THOUSAND, SEVEN HUNDRED FORTY TWO DOLLARS AND FORTY CENTS). In addition, an amount of $25,000.00 (TWENTY FIVE THOUSAND DOLLARS) was awarded to co-creditor Kelly Jean Gagne. Maine is an "Equitable Distribution" state, not a community property state. Please take note that Kelly Jean Gagne's award amounts to roughly **<u>2.069%</u>** of that of our client Michael Gagne. **See exhibit "A" attached.**

2.     On May 14, 1999 Abbas Fadel "Debtor" filed for bankruptcy protection under Chapter 7 in the Eastern District of Wisconsin, case number 99-24900.

3.     (a) On November 8, 2002 our client Michael Gagne and co-creditor Kelly Gagne filed proof of claim (claim #10) supported by the judgments awarded as outlined above. **See exhibit "B" attached.**

       (b) This claim was awarded a total distribution of $46,989.18 (FORTY SIX THOUSAND, NINE HUNDRED, EIGHTY NINE DOLLARS AND EIGHTEEN CENTS).

       (c) On May 12, 2004 the Trustee of this case paid these funds to the Clerk of court Eastern District of Wisconsin as unclaimed funds. As of this date this fund remains unpaid.

(d) Our client Michael Gagne is now making application to this court for his equitable share of the unclaimed funds in the amount of **$46,017.00 or 97.93%** of the amount allowed claim #10, bases upon the judgment awarded him against Abbas Fadel, in re: Case No. 92-162-p-h.

## CREDITOR AND CO-CREDITOR SUBSEQUENT DISSOLUTION OF MARRIAGE

1.  (a) On August 16, 1995 co-creditor Kelly Jean Gagne filed for divorce from Michael Gagne in the State of New Hampshire Superior Court In Re: Case No. 95-M-751. This divorce became final on January 16, 1996 with final stipulations as set forth. **See exhibit "C" attached.** New Hampshire is an "Equitable Distribution" state, not a community property state.

    (b) Kelly Gene Gagne n/k/a Kelly Gene Wengrzynek has remarried and lives somewhere in Tennessee.

    Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to Michael Gagne c/o The Financial Resources Group, Inc.

5/3/07
Date

Larry L. Moses, General Manager
The Financial Resources Group, Inc.
Attorney-in-fact for
Michael Gagne
700 Mechem Drive, Suite 8B
Ruidoso, NM 88345

I hereby certify by my signature above that a copy of this application was mailed on
5/3/07 to:

United States Attorney
517 E. Wisconsin Ave.
Milwaukee, WI 53202

UNITED STATES
BANKRUPTCY COU
FILED - MAI
2007 MAY -8 AM 9:
C.L. AUSTIN, CLER
MILWAUKEE, WISCONS

# LIMITED POWER OF ATTORNEY

*KNOW ALL MEN BY THESE PRESENTS, That*

Michael Gagne

*has made, constituted and appointed and by these presents does make, constitute and appoint:*
The Financial Resources Group, Inc.

*my true and lawful attorney-in-fact, for me and in my name, place and stead and for my use and benefit* , **ONLY**
to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds   **amounting to**:

$46,989.19

*giving and granting unto my said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural.* ***This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.***

_Michael Gagne_        _12/8/06_

Signature: Michael Gagne      Date

                       SSN _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_

=====================================================================

## NOTARY ACKNOWLEDGEMENT

*State of* ___NH___

*County of* ___Strafford___

*SUBSCRIBED AND SWORN  on the* __8__ *day of* __December__ *,20 06* *before me, personally appeared* __Michael Gagne__ *personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.*
**Identification for the above named was Driver License No. (or specify other identification):** _05GEM68231_

*WITNESS my hand and official seal,*

*Signature* __Samantha Kusnierz__

*Residing at* __Rochester NH__      *(seal)*

*My commission expires:* _____

SAMANTHA E. KUSNIERZ, Notary Public
My Commission Expires September 8, 2009

# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

MICHAEL GAGNE and )
KELLY-JEAN GAGNE, )
      Plaintiffs )
)
v. )        CIVIL NO. 92-162-P-H
)
LO STAMPO, et al., )
      Defendants )

### JUDGMENT

Pursuant to the Judge Hornby's Order affirming recommended decision of the Magistrate Judge, dated January 11, 1994;

Judgment is hereby entered for the plaintiff, Michael Gagne, against defendants, Lo Stampo, Kachina Tanning Company, Inc. and Abbas Fadel, in the amount of One Million Two Hundred Eight Thousand Seven Hundred Forty-Two Dollars and Forty Cents ($1,208,742.40) and for plaintiff Kelly-Jean Gagne against said defendants in the amount of Twenty-Five Thousand Dollars ($25,000.00).

                        WILLIAM S. BROWNELL
                        Clerk

                        *Susan M Durst*
                        Susan M. Durst
                        Deputy Clerk

Dated at Portland, Maine this 11th day, January, 1994.

Exhibit A

**NORMAN, HANSON & DeTROY, LLC**

ATTORNEYS AT LAW
415 CONGRESS STREET
P.O. BOX 4600
PORTLAND, MAINE 04112-4600

ROBERT F. HANSON
PETER J. DeTROY
STEPHEN HESSERT
RODERICK R. ROVZAR
THEODORE H. KIRCHNER
MARK G. LAVOIE
STEPHEN W. MORIARTY
JAMES D. POLIQUIN
JOHN H. KING, JR.
PAUL F. DRISCOLL
WILLIAM O. LaCASSE
MARK E. DUNLAP
ROBERT W. BOWER, JR.
JONATHAN W. BROGAN
CHRISTOPHER C. TAINTOR

DAVID P. VERY
DANIEL L. CUMMINGS
RUSSELL B. PIERCE, JR.
ANNE M. CARNEY
DAVID L. HERZER, JR.
THOMAS S. MARJERISON
ADRIAN P. KENDALL
EMILY A. BLOCH
ANNE H. JORDAN
AARON K. BALTES
JOHN R. VEILLEUX
LANCE E. WALKER
DORIS V. R. CHAMPAGNE
RACHEL L. REEVES

AREA CODE 207
774-7000
FAX
775-0806

E-Mail
jpoliquin@nhdlaw.com

Website
www.nhdlaw.com

*OF COUNSEL*
DAVID C. NORMAN

November 7, 2002

<u>VIA UPS NEXT DAY AIR</u>

United States Bankruptcy Court
Eastern District of Wisconsin
U. S. Courthouse, Room 126
517 East Wisconsin Avenue
Milwaukee, WI  53202-4581

In Re: Abbas A. Fadel and Ellen E. Fadel
         Case No. 99-24900 rae ⌐ 7

Dear Sir or Madam:

Enclosed please find Proof of Claim on behalf of Michael and Kelly Gagne with attached Judgment upon which the claim is based.  I also have enclosed a copy of the Proof of Claim together with a stamped, self-addressed envelope and would appreciate receiving confirmation of receipt of the Proof.

Please give me a call if you have any questions.

Very truly yours,

James D. Poliquin

JDP/csb
Enclosures

Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN (MILWAUKEE)**

**PROOF OF CLAIM**

| Name of Debtor | Case Number |
|---|---|
| Abbas A. Fadel | 99-24900 rae |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Michael and Kelly Gagne**
Name and Address where notices should be sent:

Michael and Kelly Gagne
c o Norman Hanson DeTroy, Attn James D. Poliquin
415 Congress Street
P O Box 4600
Portland ME 04112

Telephone Number: 207-774-7000

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

99-24900
1694356

Account or other number by which creditor identifies debtor:

Check here if ☐ replaces ☐ amends a previously filed claim, dated _____
this claim

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☒ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
(date)         (date)

**2. Date debt was incurred:**
Date of Injury: 5/13/91

**3. If court judgment, date obtained:**
January 11, 1994

**4. Total Amount of Claim at Time Case Filed:** $ 1,460,134.10
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. Principal of $1,233,742.40 plus 5 yrs of post-judgment interest at rate of 3.67%

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

C.L. AUSTIN, CLERK
MILWAUKEE, WISCONSIN
2002 NOV - 8 AM 9: 51
UNITED STATES BANKRUPTCY COURT FILED

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11/7/02 | James D. Poliquin   James D. Poliquin   Attorney |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

011542   32018011566016

# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

U.S. ... COURT
9: JAN 11 FM 3: 25
BY: SD
DEPUTY CLERK

| | |
|---|---|
| MICHAEL GAGNE and<br>KELLY-JEAN GAGNE,<br>  Plaintiffs<br><br>v.<br><br>LO STAMPO, et al.,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CIVIL NO. 92-162-P-H |

## JUDGMENT

Pursuant to the Judge Hornby's Order affirming recommended decision of the Magistrate Judge, dated January 11, 1994;

Judgment is hereby entered for the plaintiff, Michael Gagne, against defendants, Lo Stampo, Kachina Tanning Company, Inc. and Abbas Fadel, in the amount of One Million Two Hundred Eight Thousand Seven Hundred Forty-Two Dollars and Forty Cents ($1,208,742.40) and for plaintiff Kelly-Jean Gagne against said defendants in the amount of Twenty-Five Thousand Dollars ($25,000.00).

WILLIAM S. BROWNELL
Clerk


*Susan M Durst*
Susan M. Durst
Deputy Clerk


Dated at Portland, Maine this 11th day, January, 1994.

# AFFIDAVIT

I, Michael Gagne, do swear under penalty of perjury that the foregoing statements are true and correct.

That I, Michael Gagne used the services of **James D. Poliquin, Attorney, located at 415 Congress St., Portland, ME**.

That I, Michael Gagne no longer utilize James D. Poliquin's services.

Dated: _12/8/06_

_Michael Gagne_
Michael Gagne

State _NH_

County _Strafford_

Subscribed and sworn before me this _8_ day of _December_, 20 _06_ , by

_Samantha Kusnierz_
Notary Public
My Commission Expires:_____

SAMANTHA E. KUSNIERZ, Notary Public
My Commission Expires September 8, 2009

(seal)

# State of New Hampshire

_____ County

## Final Stipulations

Kelly-Jean Gagne _____ vs. _____ Michael A. Gagne

**The parties agree as follows:**

That we Have No minor children.

That thair will Be No support Paid to the Plaintiff.

We Have No Home or assests to Divid.

The debts will Be Paid By The Plaintiff. Divcore

That the Plaintiff Shall Resume Her maiden name

Kelly-Jean Judkins.

All The Bill and Payments Have Been split

and each Part is Responsabil For His and Her

Part.

1-16-95

Date

Kelly-Jean Gagne – Plaintiff

Plaintiff

Michael A. Gagne – Defendant

Defendant

_____
Attorney for Plaintiff

_____
Attorney for Defendant

A TRUE COPY, ATTEST:

_____ Exhibit

7-7-06

STRAFFORD SUPERIOR COURT

C

AGREEMEN

# THE STATE OF NEW HAMPSHIRE
## SUPERIOR COURT

| 95-M-751 |
| DOCKET NUMBER |

**Record of Divorce, Legal Separation or Annulment**

| 1. HUSBAND'S NAME — FIRST | MIDDLE | LAST |
|---|---|---|
| Michael | Anthony | GAGNE |

| 2a. RESIDENCE — CITY, TOWN, OR LOCATION | 2b. COUNTY | 2c. STATE |
|---|---|---|
| 28 Main Street   Rochester,N.H. | Strafford | N.H. |

| 3. BIRTHPLACE (State or Foreign Country) | 4. DATE OF BIRTH (Month, Day, Year) | 5. NUMBER OF THIS MARRIAGE (specify first, second, etc.) | 6. SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Rochester, N.H. | May,23,1968 | First | — |

| 7. IF PREVIOUSLY MARRIED HOW MANY ENDED BY: | | 8. EDUCATION (specify highest grade completed) | |
|---|---|---|---|
| DEATH | DIVORCE, ANNULMENT | ELEMENTARY OR SECONDARY (0-12) | COLLEGE (1-4 or 5+) |
| | | 11 | |

| 9a. WIFE'S NAME — FIRST | MIDDLE | LAST | 9b. MAIDEN SURNAME |
|---|---|---|---|
| Kelly -Jean | | Gagne | Judkins |

| 10a. RESIDENCE — CITY, TOWN, OR LOCATION | 10b. COUNTY | 10c. STATE |
|---|---|---|
| 22 East Street   Dover, N.H. | Strafford | N.H. |

| 11. BIRTHPLACE (State or Foreign Country) | 12. DATE OF BIRTH (Month, Day, Year) | 13. NUMBER OF THIS MARRIAGE (specify first, second, etc.) | 14. SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Exeter N.H. | August 7,1969 | First | — |

| 15. IF PREVIOUSLY MARRIED HOW MANY ENDED BY: | | 16. EDUCATION (specify highest grade completed) | |
|---|---|---|---|
| DEATH | DIVORCE, ANNULMENT | ELEMENTARY OR SECONDARY (0-12) | COLLEGE (1-4 or 5+) |
| | | 9 | |

| 17a. PLACE OF THIS MARRIAGE — CITY/TOWN | 17b. COUNTY | 17c. STATE (or Foreign Country) | 18. DATE OF THIS MARRIAGE (Month, Day, Year) |
|---|---|---|---|
| Somersworth   N.H. | Strafford | N.H. | May,23,1986 |

| 19. DATE COUPLE LAST RESIDED IN SAME HOUSEHOLD | 20a. NUMBER OF CHILDREN EVER BORN ALIVE OR ADOPTED OF THIS MARRIAGE | 20b. NUMBER OF CHILDREN UNDER 18 IN THIS HOUSEHOLD AS OF DATE IN ITEM 19 | 20c. PETITIONER |
|---|---|---|---|
| January,13,1995 | None | Number 0   ☐ None | ☐ Husband  ☒ Wife  ☐ Other |

| 21a. NAME OF PETITIONER'S ATTORNEY OR PRO-SE (Type/Print) | 21b. ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) | 21c. DATE (this Form completed by attorney or Pro-Se) |
|---|---|---|
| Pro Se | 22 East Street Dover,N.H. 03820 | Sep 13,1995 |

| 22a. Date libel filed with court. (Month/Day/Year) | 22b. Cause for Filing: | 22c. A decree is entered. There was an: | 23a. Type of Decree: |
|---|---|---|---|
| 8/16/95 | ☒ Irreconcilable Differences   ☐ Other (specify) | ☒ Uncontested Hearing   ☐ Contested Hearing   ☐ Defaulted Hearing | ☒ Divorce  ☐ Legal Separation   ☐ Annulment |

| 23b. Date Decree Becomes Final: (Month, Day, Yr.) | 24a. Name of Hearing Official: (Type or Print) (First, Last) | 24b. Official Capacity: |
|---|---|---|
| January 16, 1996 | Stephanie T. Nute | ☐ Judge  ☒ Master |

| 25. Name to be Used by Wife After Divorce: | 26. Legal Custody of Child/Childrens Awarded to: | 27a. Number of Children Under 18 Whose Physical Custody was Awarded to: (Specify) | 27b. Physical Custody Award Was: |
|---|---|---|---|
| ☐ Same as Present. (9a)   ☒ Maiden (9b)   ☐ Other (specify) | ☐ Joint (Mother & Father)   ☐ Mother   ☐ Father   ☐ Other (specify)   ☒ Not Applicable | # ____ Joint (Mother & Father)   # ____ Mother   # ____ Father   # ____ Other (specify)   ☒ Not Applicable | ☐ Uncontested   ☐ Contested   ☐ Defaulted   ☒ Not Applicable |

| 28a. Signature... I certify the above is correct to the best of my knowledge. | 28b. County | 28c. Date Signed (Month, Day, Year) |
|---|---|---|
| *[signature]* | Strafford | January 23, 1996 |

A TRUE COPY, ATTEST:

*[signature]* 7/7/06
STRAFFORD SUPERIOR COURT CLERK

*[signature]*
Clerk

Photo ID with Current Address



# Michael F. Dubis S.C.

### Attorney & Counselor at Law

**Waterford Office**
208 E. Main Street
Waterford, WI 53185
262-534-6950 or 262-534-5186
FAX 262-534-7367

**Terry Fischer**
Office Administrator

miked3@ols-inc.com
www.michaelfdubis.com

**Tichigan & Wind Lake Office**
7802 Town Line Road
Waterford, WI 53185
262-895-6345

May 12, 2004

Clerk, US Bankruptcy
126 US Courthouse
517 E Wisconsin Avenue
Milwaukee WI 53202

UNITED STATES
BANKRUPTCY COURT
RECEIVED IN MAIL
2004 MAY 14   AM 8: 56
C. L. AUSTIN, CLERK
MILWAUKEE, WISCONSIN

RE:   Abbas & Ellen Fadel          Case # 99-24900 SVK ch7

Dear Sir or Madam:

Enclosed you will find Check #134 for $47,053.19.. This Final Distribution checks were issued as follows:

| Claim # | Claimant/Address | Ck # | Ck Date | Amount of Distribution |
|---|---|---|---|---|
| 3 | Oconomowoc Memorial Hospital 791 Summit Avenue Oconomowoc WI 53066 | 128 | 1-30-04 | 64.00 |
| | The check was returned and voided. The account had been paid in full. | | | |
| 10 | Michael & Kelly Gagne C/o Norman Hanson DeTroy Attn: James D Poliquin 415 Congress Street P O Box 460 Portland ME 04112 | 133 | 1-30-04 | 46,989.19 |
| | The check was not cashed or returned. Payment was stopped. The payees could not agree on how to split the amount. | | | |

Very truly yours,

Michael F. Dubis

MFD/taf
Enc.



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE CHASE LOGO FADING IN THE BACKGROUND

CHASE

$ *******47,053.19

Date 05/12/2004

——Forty-Seven Thousand Fifty-Three Dollars and 19/100——

Pay to the
Order of Clerk, U.S. Bankruptcy Court
Rm 126 US Courthouse
517 E Wisconsin Avenue
Milwaukee WI 53202

MICHAEL F. DUBIS, Trustee

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈00000134⑈ ⑆021000021⑆ 329264647⑈

# THE FINANCIAL RESOURCES GROUP, INC.

**700 Mechem Drive  Suite 8B**
**Ruidoso, New Mexico  88345**
**Telephone: 800 820-0597  Fax: 800 352-0597**

United States Bankruptcy Court
RECEIVED
MAY - 8 2007
Mail

Thursday, May 03, 2007

U.S. Bankruptcy Court
Financial Administrator
517 E. Wisconsin Ave., Room 126
Milwaukee, WI 53202

Re:    Application for Payment of Unclaimed Funds

|  |  |
|---|---|
| DEBTOR: | Abbas A. Fadel and Ellen E. Fadel |
| CASE NO. | 99-24900-SVK |
| CREDITOR: | Michael & Kelly Gagne |
| AMOUNT: | $46,017.00 |

Dear Sir/Madam:

Enclosed, please find the necessary documents for our clients application for payment of unclaimed funds in the above referenced case.

Please advise me if any further information is required.

Sincerely,

Sabrina Randolph
Office Manager

enclosures